UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Michael E. Hegarty<br>United States Magistrate Judge | Laura Blunkall<br>Deputy Clerk |
| Case Number: 07-cr-00182-REB | FTR MEH AM |
| March 27, 2008 | |
| UNITED STATES OF AMERICA | Michele Korver |
| v. | |
| KENNY HARRIS | Thomas Ward |

## MOTION HEARING

Court in Session: 10:44 am

Court calls case and appearances of counsel.

Defense counsel addresses the court.

Defendant addresses the court.

Court addresses the defendant.

Court presents findings:

**ORDERED:** Ex Parte motion (200) is denied.

**ORDERED:** Defendant remanded to the custody of the United States Marshal.

Court in recess: 10:48 am

Total time in court: 4 minutes

Hearing concluded.